**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: January 7, 2025**

John E. Hoffman, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 24-51041 |
| | : | |
| Joe's Drain Cleaning, LLC, | : | Chapter 11 |
| | : | Subchapter V |
| Debtor. | : | Judge Hoffman |

---

Joe's Drain Cleaning, LLC,

Plaintiff,

vs. Adv. Pro. No. 24-02046

BayFirst National Bank, et al.,

Defendants.

**<u>ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS HEADWAY CAPITAL, INSTAFUNDERS, LLC, AND KAPITUS, LLC (DOC. 25)</u>**

This cause is before the Court on the *Plaintiff's Motion for Default Judgment Against Defendants Headway Capital, Instafunders, LLC, and Kapitus, LLC* (Doc. 25) (the "Motion") filed

by Joe's Drain Cleaning, LLC (the "Debtor") on December 9, 2024. Through the Complaint (Doc. 1) and the Motion, the Plaintiff alleges that the defendants hold only unsecured claims against the Debtor and that any asserted liens are void pursuant to 11 U.S.C. §506. The Complaint, Summons and Motion were properly served on Headway Capital, Instafunders, LLC, and Kapitus, LLC (together, the "Defendants"), and no responsive pleading has been filed on behalf of the Defendants. The Clerk has entered an entry of default against each of the Defendants (Docs. 19, 20, and 21).

Upon a review of the pleadings and documents filed, the Court FINDS and CONCLUDES as follows:

a. The Defendants have asserted liens against property of the Debtor through security agreements and by filing financing statements with the Ohio Secretary of State.

b. The Defendants' liens are subordinate to the lien of the U.S. Small Business Administration ("SBA") in the same collateral.

c. The claim of the SBA against the Plaintiff exceeds the value of the collateral.

d. The Plaintiff is entitled to an order determining that the Defendants' claims are unsecured.

Based upon the foregoing, it is therefore ORDERED, AND DECREED that:

1. The Motion is granted in all respects, and judgment by default is entered in favor of the Plaintiff against the Defendants.

2. The Defendants claims against the Plaintiff are unsecured, and their asserted liens against the Plaintiff's property are void pursuant to 11 U.S.C. §506.

3. This Court retains jurisdiction in this matter for all purposes including enforcement.

IT IS SO ORDERED.

Submitted by:

/s/ John W. Kennedy
Myron N. Terlecky (0018628)
John W. Kennedy (0042672)
Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA
575 South Third Street
Columbus, OH 43215
Telephone (614) 228-6345
Facsimile (614) 228-6369
Email: mnt@columbuslawyer.net
jwk@columbuslawyer.net
Attorneys for Plaintiff

Copies to:

John W. Kennedy, via ECF

Via Regular Mail:

Headway Capital
c/o CT Corporation System, Stat. Agent
4400 Easton Commons Way, Ste. 125
Columbus, OH 43219

Instafunders, LLC
Attn: CEO
1019 Kane Concourse, Ste. 202-A
Miami Beach, FL 33154

Kapitus, LLC
Attn: CEO
2500 Wilson Blvd., Ste. 350
Arlington, VA 22201