**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: January 7, 2025**

John E. Hoffman, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 24-51041 |
| | : | |
| Joe's Drain Cleaning, LLC, | : | Chapter 11 |
| | : | Subchapter V |
| Debtor. | : | Judge Hoffman |

---

Joe's Drain Cleaning, LLC,

Plaintiff,

vs. Adv. Pro. No. 24-02046

BayFirst National Bank, et al.,

Defendants.

**ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS HEADWAY CAPITAL, INSTAFUNDERS, LLC, AND KAPITUS, LLC (DOC. 25)**

This cause is before the Court on the *Plaintiff's Motion for Default Judgment Against Defendants Headway Capital, Instafunders, LLC, and Kapitus, LLC* (Doc. 25) (the "Motion") filed

by Joe's Drain Cleaning, LLC (the "Debtor") on December 9, 2024. Through the Complaint (Doc. 1) and the Motion, the Plaintiff alleges that the defendants hold only unsecured claims against the Debtor and that any asserted liens are void pursuant to 11 U.S.C. §506. The Complaint, Summons and Motion were properly served on Headway Capital, Instafunders, LLC, and Kapitus, LLC (together, the "Defendants"), and no responsive pleading has been filed on behalf of the Defendants. The Clerk has entered an entry of default against each of the Defendants (Docs. 19, 20, and 21).

Upon a review of the pleadings and documents filed, the Court FINDS and CONCLUDES as follows:

a. The Defendants have asserted liens against property of the Debtor through security agreements and by filing financing statements with the Ohio Secretary of State.

b. The Defendants' liens are subordinate to the lien of the U.S. Small Business Administration ("SBA") in the same collateral.

c. The claim of the SBA against the Plaintiff exceeds the value of the collateral.

d. The Plaintiff is entitled to an order determining that the Defendants' claims are unsecured.

Based upon the foregoing, it is therefore ORDERED, AND DECREED that:

1. The Motion is granted in all respects, and judgment by default is entered in favor of the Plaintiff against the Defendants.

2. The Defendants claims against the Plaintiff are unsecured, and their asserted liens against the Plaintiff's property are void pursuant to 11 U.S.C. §506.

3. This Court retains jurisdiction in this matter for all purposes including enforcement.

IT IS SO ORDERED.

Submitted by:

/s/ John W. Kennedy

Myron N. Terlecky (0018628)
John W. Kennedy (0042672)
Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA
575 South Third Street
Columbus, OH 43215
Telephone (614) 228-6345
Facsimile (614) 228-6369
Email: mnt@columbuslawyer.net
jwk@columbuslawyer.net
Attorneys for Plaintiff

Copies to:

John W. Kennedy, via ECF

Via Regular Mail:

Headway Capital
c/o CT Corporation System, Stat. Agent
4400 Easton Commons Way, Ste. 125
Columbus, OH 43219

Instafunders, LLC
Attn: CEO
1019 Kane Concourse, Ste. 202-A
Miami Beach, FL 33154

Kapitus, LLC
Attn: CEO
2500 Wilson Blvd., Ste. 350
Arlington, VA 22201

United States Bankruptcy Court
Southern District of Ohio

Joe's Drain Cleaning, LLC,
Plaintiff
BayFirst National Bank,
Defendant

Adv. Proc. No. 24-02046-jeh

# CERTIFICATE OF NOTICE

District/off: 0648-2 User: ad Page 1 of 2
Date Rcvd: Jan 08, 2025 Form ID: pdf01 Total Noticed: 4

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Headway Capital, c/o CT Corporation System, Stat. Agent, 4400 Easton Commons Way, Suite 125, Columbus, OH 43219-6223 |
| dft | + | Instafunders LLC, ATTN: CEO, 1019 Kane Concourse, Suite 202-A, Miami Beach, FL 33154-2138 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion09.cb.ecf@usdoj.gov | Jan 08 2025 18:40:00 | Asst US Trustee (Col), Office of the US Trustee, 170 North High Street, Suite 200, Columbus, OH 43215-2417 |
| dft | ^ | MEBN | Jan 08 2025 18:36:43 | Kapitus LLC, ATTN: CEO, 2500 Wilson Blvd, Suite 350, Arlington, VA 22201-3873 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2025 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| John W Kennedy | |

on behalf of Plaintiff Joe's Drain Cleaning LLC jwk@columbuslawyer.net

TOTAL: 1